B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re  Randal L. Patterson a/k/a Randal Leroy
Patterson, Jr. and Kimberly J. Patterson a/k/a Kimberly Jo Patterson
Debtors

Case No. 12-20009 GLT

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-9 c/o Selene Finance

Court claim no. (if known): _____

Last four digits of any number you use to identify the debtor's account:  8  4  2  9

Date of payment change: 02/01/2015
Must be at least 21 days after date of this notice    mm/dd/yyyy

New total payment: $ 2085.16
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☑ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 0.00    New escrow payment: $ 1453.54

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☑ No
☐ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %    New interest rate: _____ %

Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☑ No
☐ Yes    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: $ _____    New mortgage payment: $ _____

B 10 (Supplement 1) (12/11) Page 2

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.   ☑ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**X** /s/ Danielle Boyle-Ebersole, Esquire        Date  01/09/2015
Signature                                          mm/dd/yyyy

Print:  Danielle Boyle-Ebersole, Esquire       Title  Attorney for Creditor
        First Name  Middle Name  Last Name

Company  Federman & Associates, LLC

Address  305 Old York Road, Suite 300
         Number         Street
         Jenkintown, PA 19046
         City           State    ZIP Code

Contact phone  (215) 572-5095           Email  info@federmanlegal.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| Randal L. Patterson a/k/a Randal Leroy Patterson, Jr. and Kimberly J. Patterson a/k/a Kimberly Jo Patterson | Chapter 13 Bankruptcy No. 12-20009 GLT |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Danielle Boyle-Ebersole, Esq., hereby certify that I caused to be served true and correct copies of the Notice of Mortgage Payment Change at the respective last known address of each person set forth below on January 9, 2015:

Francis C. Sichko, Esquire
83 Linden Road
Canonsburg, PA 15317
Via First Class Mail
*Attorney for Debtors*

Randal L. Patterson
412 Euclid Avenue
Canonsburg, PA 15317
Via First Class Mail
*Debtor*

Ronda J. Winnecour, Esquire
Via ECF:
cmecf@chapter13trusteewdpa.com
*Trustee*

Kimberly J. Patterson
412 Euclid Avenue
Canonsburg, PA 15317
Via First Class Mail
*Debtor*

/s/ Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Federman & Associates, LLC
305 York Road, Suite 300
Jenkintown, PA 19046
Email: info@federmanlegal.com
Phone: (215) 572-5095
Fax: (215) 572-5099
Attorney for Christiana Trust et al c/o Selene Finance

REPRESENTATION OF PRINTED DOCUMENT

**S**ELENE ®
**F**INANCE
9990 Richmond, Suite 400 South
Houston, TX 77042-4546

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

LOAN NUMBER
DATE: December 17, 2014

|  | Previous Payment | New Payment Effective 02/01/15 |
|---|---|---|
| PRINCIPAL AND INTEREST | $631.62 | 631.62 |
| ESCROW | $0.00 | 245.22 |
| SHORTAGE SPREAD | $0.00 | 1,208.32 |
| TOTAL PAYMENT | $631.62 | 2,085.16 |

RANDAL L PATTERSON
KIMBERLY PATTERSON
412 EUCLID AVE
CANONSBURG PA  15317-2042

**CUSTOMER SERVICE  877-735-3637**

### COMING YEAR ESCROW PROJECTION

The purpose of the Coming Year Escrow Projection is to determine the lowest balance "Low Point" to which your escrow account will decline over the upcoming year. The purpose of the Low Balance Summary is to compare the projected and allowable low point amounts. If the projected low point is greater than the allowable low point (*), there is a surplus. If the surplus is $50.00 or greater, it will be automatically refunded to you. If the surplus is less than $50.00, we have lowered your payment accordingly. If the projected low point is less than the allowable low point(*), there is a shortage and/or deficiency which will be recovered by an adjustment to your monthly payment over a specified number of months. The adjustment amount(s) appears in the Low Balance Summary and New Payment Information.

| ANTICIPATED ESCROW DISBURSEMENT | | MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|---|---|
| HAZARD INS | 766.08 | | | BEGINNING BALANCE | | -13,283.87 | 1,215.93 |
| COUNTY TAX | 330.33 | 02/15 | 245.22 | HOME INS | 63.84 | -13,102.49 | 1,397.31 |
| CITY TAX | 508.49 | 03/15 | 245.22 | CNTY ANN 1 P | 310.00 | -13,167.27 | 1,332.53 |
| TAXES | 1,337.71 | 03/15 | .00 | CNTY ANN 2 P | 20.33 | -13,187.60 | 1,312.20 |
| | | 03/15 | .00 | CITY/BO ANN | 477.20 | -13,664.80 | 835.00 |
| | | 03/15 | .00 | CITY/BO ANN | 31.29 | -13,696.09 | 803.71 |
| TOTAL DISBURSEMENTS | 2,942.61 | 03/15 | .00 | HOME INS | 63.84 | -13,759.93 | 739.87 |
| DIVIDED BY 12 MONTHS | | 04/15 | 245.22 | HOME INS | 63.84 | -13,578.55 | 921.25 |
| | | 05/15 | 245.22 | HOME INS | 63.84 | -13,397.17 | 1,102.63 |
| MONTHLY ESCROW DEPOSIT | 245.22 | 06/15 | 245.22 | HOME INS | 63.84 | -13,215.79 | 1,284.01 |
| | | 07/15 | 245.22 | HOME INS | 63.84 | -13,034.41 | 1,465.39 |
| | | 08/15 | 245.22 | HOME INS | 63.84 | -12,853.03 | 1,646.77 |
| LOW BALANCE SUMMARY | | 09/15 | 245.22 | SCH ANN 1P | 1,249.55 | -13,857.36 | 642.44 |
| | | 09/15 | .00 | SCH ANN 2P | 88.16 | -13,945.52 | 554.28 |
| PROJECTED LOW POINT | -14,009.36 | 09/15 | .00 | HOME INS | 63.84 | -14,009.36 | 490.44 * |
| ALLOWABLE LOW POINT | 490.44 | 10/15 | 245.22 | HOME INS | 63.84 | -13,827.98 | 671.82 |
| | | 11/15 | 245.22 | HOME INS | 63.84 | -13,646.60 | 853.20 |
| SHORTAGE | 14,499.80 | 12/15 | 245.22 | HOME INS | 63.84 | -13,465.22 | 1,034.58 |
| ESCROW ADJUSTMENT FOR 12 MONTHS | 1,208.32 | 01/16 | 245.22 | HOME INS | 63.84 | -13,283.84 | 1,215.96 |
| | | TOTAL | 2,942.64 | | 2,942.61 | | |

The cushion allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless state law specifies a lower amount.

### IMPORTANT MESSAGES

PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT - ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK

005-0814-1100F

PLEASE RETURN LOWER PORTION WITH YOUR PAYMENT AND KEEP THE TOP PORTION FOR YOUR RECORDS
INTERNET REPRINT

**S**ELENE ®
**F**INANCE

RANDAL L PATTERSON
KIMBERLY PATTERSON

SELENE FINANCE
PO BOX 421639
HOUSTON TX  77242-1639

### ESCROW SHORTAGE REPLY

This is not a bill for the shortage amount. You are not required to pay this shortage in one payment. The total shortage amount is automatically divided by 12 and included in your monthly payment.

You can reduce your monthly payment by **$1,208.32** per payment if you pay the total shortage in full immediately. Simply send your check for **$14,499.80** along with this coupon.

| LOAN NUMBER |
|---|
| |

| SHORTAGE AMOUNT |
|---|
| $14,499.80 |

# ESCROW ACCOUNT HISTORY

**Loan Num** 	**Date: December 17, 2014**

- This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments, disbursements and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.

- An asterisk (*) indicates a difference from the projected activity in either the amount or date.

- When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

- Your projected low point may or may not have been reached based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received earlier OR later than expected
- Monthly payment(s) received were less than OR greater than expected
- Previous overage was returned to escrow
- Previous shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Lender placed insurance premium paid

| MONTH | PAYMENTS TO ESCROW PROJECTED | PAYMENTS TO ESCROW ACTUAL | DISBURSEMENTS FROM ESCROW PROJECTED | DISBURSEMENTS FROM ESCROW ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | BEGINNING BALANCE | .00 | -11,445.53 |
| 06/14 |  | 10.09* |  |  |  | .00< | -11,435.44 |
| 08/14 |  |  |  | 1,249.55* | SCH ANN 1P | .00 | -12,684.99 |
| 08/14 |  |  |  | 88.16* | SCH ANN 2P | .00 | -12,773.15 |
| 09/14 |  |  |  | 319.20* | HOME INS | .00 | -13,092.35 |
| 11/14 |  |  |  | 63.84* | HOME INS | .00 | -13,156.19 |
| 12/14 |  | *E |  | 63.84*E | HOME INS | .00 | -13,220.03 |
| 01/15 |  | *E |  | 63.84*E | HOME INS | .00 | -13,283.87< |

Under Federal Law (RESPA) the lowest monthly balance in your escrow account should not exceed $0.00 or 1/6th of the total anticipated annual disbursement from your escrow account, unless your mortgage documents or state law specifies a lower amount. When your escrow balance reaches its lowest point during the account cycle, that balance is targeted to be your cushion amount. Under the Mortgage Contract or State or Federal Law, the targeted low point in your escrow account is $0.00 and the actual low point balance was -$13,283.87; the amount is indicated with an arrow (<).