# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Randal L. Patterson**
**a/ka Randal Leroy Patterson Jr.**
**Kimberly J. Patterson**
**aka Kimberly Jo Patterson**

Debtor(s)

Case No. **12-20009-GLT**
Chapter **13**

Christiana Trust et al c/o Selene Finance
    Movant,

    v.

Randal L. Patterson
Kimberly J. Patterson and
Ronda J. Winnecour, Esq. Trustee
    Respondents.

### OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

And now this 30th day of January 2015 comes the Debtors by and through their Attorney Francis C. Sichko who sets forth the following:

1) Movant is seeking to change Debtors monthly mortgage payment from $631.62 to $2,085.16. Debtors present Ch 13 plan payment is $1,027.00. As Debtors income is from Social Security any substantial increase would make it impossible to complete their plan.

2) The Trustee is holding a balance on hand of $15,531.94 which is sufficient to cure prior mortage payments and any increase in escrow. Movant or its predecessor Citimortage is at fault for not having filed a transfer of claim after the Trustee made a payment of $723.00 to Citimortage on November 22, 2013. As such, the increase is not warranted.

    Respectfully submitted,
    s/Francis C. Sichko
    ID 18804
    Attorney at Law
    83 Linden Road
    Canonsburg, PA 15317-4826

    Ph: 724-222-1100
    email: fcsesq@comcast,.net

Date **January 30, 2015**     Signature **/s/ Randal L. Patterson**
**Randal L. Patterson**
Debtor

Date **January 30, 2015**     Signature **/s/ Kimberly J. Patterson**
**Kimberly J. Patterson**
Joint Debtor

Attorney **/s/ Francis C. Sichko**
**Francis C. Sichko**