Case 12-20009-GLT    Doc 53    Filed 04/23/15    Entered 04/23/15 11:03:15    Desc Main
                                Document      Page 1 of 1

FILED
2015 APR 23 A 9:38
CLERK
U.S. BANKRUPTCY
COURT - PGH

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 12-20009-GLT |
| | : | Chapter: | 13 |
| Randal L. Patterson | : | | |
| Kimberly J. Patterson | : | | |
| | : | Date: | 4/22/2015 |
| Debtor(s). | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER:**    # 45 - Objection to the Notice of Mortgage Payment Change Filed
        by Christiana Trust
        #52- Response filed by Christiana Trust

**APPEARANCES**:
    Debtor:    Francis C. Sichko
    Trustee:    Jana Pail
    Selene:    Matthew Pavlovich

**NOTES:**

Sichko - Requests additional time to attempt to reach a resolution. Asked for a complete loan history.

Pavlovich - Objection could be sustained without prejudice. Partial loan history was provided, but Attorney Sichko has requested a more complete history. Attempting to get funds released to get Selene paid. Proof of claim not filed by Selene. Prior claim had been filed by CitiMortgage.

Pail - Reserve was removed yesterday. CitiMortgage returned funds. Selene and Christiana Trust filed a Notice of Transfer on the docket but it was missed because it is was filed under the wrong event code. Funds will be distributed next week. Approximately 18 months of payments. Will allow Selene to look into the allocation of funds. Does not believe that Selene needs to file a proof of claim.

Pavlovich - The confirmed plan actually provides for a higher payment to Selene than is required.

**OUTCOME:**

1. Order to be entered sustaining the Objection.
2. Status conference to be scheduled within 90 days.
3. Within 30 days, Selene to provide loan history from 1999 to the present to the Debtor.
(Chambers to prepare).

**DATED:** 4/22/2015