

## SN SERVICING CORPORATION

323 Fifth Street (95501)
P.O. Box 35
Eureka, CA 95502
(707) 442-2818 Fax (707) 443-1562
(800) 603-0836
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office - NMLS ID# 5985
Branch Office - NMLS ID# 9785

May 19, 2017



**Para información en español llame al (800) 603-0836 ext 2660**

From: Megan Lynch - Bankruptcy Asset Manager

Case #12-20009 - Randall Patterson

---

Please accept this as our written response to the order setting status conference - we have filed an amended response to the notice of final cure dated 05/15/17.

***This document is amended only to include a wet signature to adhere to the notice re: nonconforming document filed on 05/17/17 doc. 85

Should you have any further questions, please don't hesitate to contact me.

Thank you,

Megan Lynch
Bankruptcy Asset Manager
mlynch@snsc.com
323 Fifth Street
Eureka, CA 95501
800-603-0836 ext. 2667
916-231-2457 fax

You are hereby notified that this letter is being sent to you by SN Servicing Corporation, which is a debt collector. SN Servicing Corporation is attempting to collect a debt. Any information obtained by us will be used for that purpose. However, if you are in a bankruptcy proceeding or your debt has been discharged in bankruptcy, please read the next paragraph carefully for some important information.

*NOTICE TO ANY CUSTOMER IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY:*
Notwithstanding anything in this notice to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not intended as a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, we do continue to retain whatever rights we hold in the property that secures the obligation.

## **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF HUMBOLDT

I, Megan M. Lynch, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 323 Fifth Street, Eureka, California 95501.

On May 19th 2017 I served the within a AN AMENDED RESPONSE TO THE ORDER SETTING STATUS CONFERENCE on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States mail at Eureka, California, addressed as follows:

**Randal L. Patterson**
**Kimberly J. Patterson**
412 Euclid Avenue
Canonsburg, PA 15317

**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Francis C. Sichko**
83 Linden Road
Canonsburg, PA 15317-4826

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 19th 2017 at Eureka, California.

/s/ Megan M. Lynch
Megan M. Lynch